IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JOEL GRAHAM, #1824266 | § | |
| | § | |
| VS. | § | CIVIL ACTION NOS. 4:17CV360, |
| | § | 4:17CV361, 4:17CV362, 4:17CV363 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER OF DISMISSAL

The above-named and numbered civil actions were referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration. Petitioner filed objections, but simply states, "I do file specific objection[s] to the conclusion of plain errors provided in there before" (Dkt. #19). After conducting a *de novo* review of Petitioner's objections, the Court determines they are without merit and concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Cause No. 4:17CV361 is dismissed for lack of jurisdiction as Petitioner is no longer in custody for that conviction. It is further **ORDERED** the remaining petitions for writ of habeas corpus are **DENIED** and **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 20th day of August, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE